IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CRYSTAL H., )
 )
       Plaintiff, )
 )
v. ) 1:23CV733
 )
MARTIN J. O'MALLEY, )
Commissioner of Social )
Security, )
 )
       Defendant.[1] )

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision finding no disability is **VACATED,** and that this matter is **REMANDED** under sentence four of 42 U.S.C. 405(g) for further administrative proceedings.

                         /s/ L. Patrick Auld
                         **L. Patrick Auld**
                 **United States Magistrate Judge**

August 6, 2024

---

[1] On December 20, 2023, President Joseph R. Biden, Jr., appointed Martin J. O'Malley as Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley should substitute for Kilolo Kijakazi as Defendant in this suit. Neither the Court nor the parties need take any further action to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).